Form B 250B (12/09)

# United States Bankruptcy Court
## Middle District of Tennessee

In re:
DAVID KIRKLAND ANDREWS,  Bankruptcy Case No. 1:22-bk-03257

    Debtor(s).  Chapter 13
                          Judge Harrison

---

JAMES McLAUGHLIN and
ANNETTE McLAUGHLIN,

    Plaintiff(s)

    v.  Adversary Proceeding No. 1:23-ap-90001

DAVID K. ANDREWS and
MIDDLE TENNESSEE LAW GROUP, PLLC,

    Defendant(s)

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

To the Defendant(s): YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> UNITED STATES BANKRUPTCY COURT
> MIDDLE DISTRICT OF TENNESSEE
> 701 BROADWAY, ROOM 170
> NASHVILLE, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:

**Phillip G. Young, Jr.**
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE | DATE & TIME |
|---|---|
| **PRETRIAL CONFERENCE TO BE HELD VIA ZOOM (Audio Only)** CALL-IN NUMBER: 833-568-8864 MEETING ID: 160 2983 9352 | 2/21/2023 1:15 p.m. |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

1/4/2023
Issuance Date

/s/    Teresa C. Azan
Clerk of the Bankruptcy Court

By: /s/    Jeremy Keimer
Courtroom Deputy Clerk



Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, __Phillip G. Young, Jr.__ certify that service of this summons and a copy of the complaint was made __1/6/23__ by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
David Andrews; 2098 Nashville Hwy; Columbia, TN 38401
Middle Tennessee Law Group, PLLC; ATTN: Patrick Carter; 809 S Main St; Columbia, TN 38401
Keith Slocum; PO Box ~~250~~ 949; Columbia, TN 38402

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __1/6/22__    Signature __/s/ Phillip G. Young, Jr.__

Print Name: __Phillip G. Young, Jr.__
Business Address: __6100 Tower Cir, Ste 200__
__Franklin, TN 37067__