Dated: 1/17/2023

Marian F. Harrison
US Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland                             BK:     22-03257-MH1-13
Debtor

James and Annette McLaughlin
Creditors

## **AGREED ORDER CONSOLIDATING DEBTOR'S MOTION TO COMPEL AND THE OBJECTION TO THAT MOTION**

The Debtor's motion to compel, Pacer Docket Number 21, and James and Annette McLaughlin's objection to that motion, Pacer Docket Number 27, are currently set for hearing on January 18, 2023, either virtually if allowed or live at 701 Broadway, Nashville, TN 37203 at 9:30 AM. The Parties submit this Agreed Order consolidating the motion and the objection thereto into James and Annette McLaughlin's Adversary Proceeding, Pacer Docket Number 48 (Adversary case 1:23-ap-90001), prior to the scheduled hearing. Based upon signatures of counsel below,

It is, therefore, Order; as follows:

That the Debtor's motion to compel, Pacer Docket Number 21, and James and Annette McLaughlin's objection to that motion, Pacer Docket Number 27, are hereby consolidated into Adversary case 1:23-ap-9000, Pacer Docket Number 48, James and Annette McLaughlin against David K Andrews, Middle Tennessee Law Group, PLLC.

Further, the hearing on the motion to compel and objection thereto, previously scheduled for January 18, 2023, is hereby rendered moot and canceled.

**This order was signed and entered electronically as indicated at the top of the page.**

Approved for Entry:

  /s/ J. ROBERT HARLAN
J. ROBERT HARLAN BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com


 /s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615.465.6000
615.807.3048
phillip@thompsonburton.com

Counsel for James and Annette McLaughlin

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.