United States Bankruptcy Court

Middle District of Tennessee

McLaughlin,
    Plaintiff

Andrews,
    Defendant

Adv. Proc. No. 23-90001-MFH

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 1
Date Rcvd: Jan 17, 2023     Form ID: pdf001     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| ust | + | United States Trustee, Historic U.S. Courthouse, 31 E. Eleventh Street, Fourth Floor, Chattanooga, TN 37402-4205 |
| dft | + | David K Andrews, 2098 Nashville Highway, Columbia, TN 38401-7232 |
| pla | + | James and Annette McLaughlin, c/o Phillip G. Young, Jr., Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200 Franklin, TN 37067-1465 |
| dft | + | Middle Tennessee Law Group, PLLC, ATTN Patrick Carter, Registed Agent, 809 South Main Street, Columbia, TN 38401-3353 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEITH DAVID SLOCUM | on behalf of Defendant David K Andrews keith@robertharlan.com bknotices@robertharlan.com;kds1975kds@gmail.com |
| PHILLIP G YOUNG | on behalf of Plaintiff James and Annette McLaughlin phillip@thompsonburton.com |

TOTAL: 2

_Marian F. Harrison_
Marian F. Harrison
US Bankruptcy Judge

Dated: 1/17/2023



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland                                          BK:     22-03257-MH1-13
Debtor

James and Annette McLaughlin
Creditors

### AGREED ORDER CONSOLIDATING DEBTOR'S MOTION TO COMPEL AND THE OBJECTION TO THAT MOTION

The Debtor's motion to compel, Pacer Docket Number 21, and James and Annette McLaughlin's objection to that motion, Pacer Docket Number 27, are currently set for hearing on January 18, 2023, either virtually if allowed or live at 701 Broadway, Nashville, TN 37203 at 9:30 AM. The Parties submit this Agreed Order consolidating the motion and the objection thereto into James and Annette McLaughlin's Adversary Proceeding, Pacer Docket Number 48 (Adversary case 1:23-ap-90001), prior to the scheduled hearing. Based upon signatures of counsel below,

It is, therefore, Order; as follows:

That the Debtor's motion to compel, Pacer Docket Number 21, and James and Annette McLaughlin's objection to that motion, Pacer Docket Number 27, are hereby consolidated into Adversary case 1:23-ap-9000, Pacer Docket Number 48, James and Annette McLaughlin against David K Andrews, Middle Tennessee Law Group, PLLC.

Further, the hearing on the motion to compel and objection thereto, previously scheduled for January 18, 2023, is hereby rendered moot and canceled.

**This order was signed and entered electronically as indicated at the top of the page.**

Approved for Entry:

   /s/ J. ROBERT HARLAN
J. ROBERT HARLAN BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com

  /s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615.465.6000
615.807.3048
phillip@thompsonburton.com

Counsel for James and Annette McLaughlin

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.